**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Samuel C. TAYLOR,
Defendant/Appellant.**

**No. ED 91164.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 17, 2009.

Christopher A. Koster, Shaun J. MacKelprang, Jefferson City, MO, for Plaintiff/Respondent.

Matthew Michael Ward, Columbia, MO, for Defendant/Appellant.

Before ROBERT G. DOWD, JR., P.J., CLIFFORD H. AHRENS, J. and SHERRI B. SULLIVAN, J.

### *ORDER*

PER CURIAM.

Samuel C. Taylor (Appellant) appeals from the trial court's judgment entered upon a jury verdict convicting him of one count of forcible rape, Section 566.030

RSMo 2000, and sentencing him to twenty-five years' imprisonment. We have reviewed the briefs of the parties and the record on appeal and conclude that there was sufficient evidence that a reasonable juror could have found Appellant guilty beyond a reasonable doubt. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).